IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCELINO N. VILLALI, *Individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ENTERPRISE SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) No. 2:22-cv-2639-SHL-cgc ) ) ) ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 21, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal, (ECF No. 9), filed November 28, 2022, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

November 28, 2022
Date